

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-24-00394-CV |
| VERONICA RAE VARA, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on Relator's petition for writ of mandamus against the local administrative judge, Honorable Annabell Perez of the 41st Judicial District Court of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, J.J.